BANNER LIFE INSURANCE COMPANY,

        Plaintiff,

  v.

                            Case No. 25-cv-1372-pp

MELISSA B. KERHIN; EMELE J. KERHIN;
H.K. *a minor, by Jerome Becker, Guardian ad Litem*;
J.K. *a minor, by Jerome Becker, Guardian ad Litem*
and S.K. *a minor, by Jerome Becker, Guardian ad Litem*,

        Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO DEPOSIT ADMITTED LIABILITY (DKT. NO. 11)

On September 9, 2025, the plaintiff filed a complaint for interpleader to resolve competing claims to the term life insurance policy ending in 9659 insuring the life of Matthew J. Kerhin. Dkt. No. 1. The plaintiff alleges that after Kerhin's death on February 6, 2025, the death benefits under the policy are payable to Kerhin's beneficiary, but the defendants present competing claims to the benefits. Id. at ¶¶12-29, 32.

Under 28 U.S.C. §1335, the court has original jurisdiction under any civil action of interpleader by a corporation having issued an insurance policy in the amount of $500 or more. The plaintiff seeks to deposit the disputed insurance benefits with the court pending the outcome of the case. Dkt. No. 11. Federal Rule of Civil Procedure 67 allows a party to an interpleader action to deposit money whose disposition is sought by the action if the moving party

1

provides notice to every other party and obtains leave of court. Fed. R. Civ. P. 67(a); Hartford Life & Acc. Ins. Co. v. Sabol, No. 09-CV-45, 2010 WL 519725, at *2 (E.D. Wis. Feb. 9, 2010). The plaintiff has provided notice to the interpleader defendants by serving them with its motion to deposit funds and no defendant has filed an opposition. The court will grant the plaintiff's motion and order that the funds be deposited with the Clerk of Court in accordance with Federal Rule of Civil Procedure 67 and Civil Local Rule 67(c).

The court **GRANTS** the plaintiff's unopposed motion for leave to deposit its admitted liability. Dkt. No. 11.

The court **ORDERS** the plaintiff may deposit its admitted liability in the amount of $500,000, plus any applicable interest, into the Clerk of Court's interest-bearing registry account to be held until further order of the court.

Dated in Milwaukee, Wisconsin this 9th day of January, 2026.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**